2003v00087
EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS A. HELPER 5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
GORDON R. ENGLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH RIVERA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GORDON R. ENGLAND, in his capacity as the Secretary of the Navy,<br><br>        Defendant. | CIVIL NO. 03-00142 ACK-BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure,

//

//

that the above entitled action be dismissed with prejudice, each party to bear its own costs.

DATED: November 29, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
CLAYTON C. IKEI
Attorney for Plaintiff
Elizabeth Rivera

By _____
THOMAS A. HELPER
Assistant U.S. Attorney

Attorneys for Defendant
Gordon R. England

APPROVED AND SO ORDERED:

ALAN C. KAY
_____
UNITED STATES DISTRICT JUDGE

Elizabeth Rivera v. Gordon R. England. v. USA
Civil No. 03-00142 ACK BMK
"Stipulation for Dismissal with Prejudice; Order"

2